IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

PAUL ASHLEY TESTER, Plaintiff,

v.

POLK COUNTY, MISSOURI; CITY OF PLEASANT HOPE, MISSOURI; DANNY MORRISON, individually and in his official capacity as Sheriff of Polk County; TANA MCMURREY, individually and in her official capacity as City Clerk of Pleasant Hope; SHANNON BRAKEBILL, individually and in his official capacity as Mayor of Pleasant Hope, Defendants.

**REVISED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS**
(Filed Pursuant to Court Order dated April 7, 2026)

**I. JURISDICTION**

1.    This action is brought pursuant to 42 U.S.C. § 1983 and the 14th Amendment of the U.S. Constitution.

2.    Per the Court's Order, Polk County, Missouri is substituted as the proper party for the Polk County Sheriff's Department and Polk County Health Department.

**II. PARTIES**

3. Plaintiff Paul Ashley Tester is a resident of Polk County, a Master Auditor, and a HACCP-certified poultry breeder.

4. Defendant Danny Morrison is the Sheriff, sued in his individual capacity for intentional discrimination.

5. Defendant Tana McMurrey is the City Clerk, sued in her individual capacity for deliberate indifference to public health.

6. Defendant Shannon Brakebill is the Mayor, sued in his individual capacity for failure to enforce municipal health and safety codes.

**III. STATEMENT OF FACTS**

7. Discriminatory Intent: Plaintiff possesses audio evidence of Sheriff Danny Morrison explicitly citing Plaintiff's past criminal record as the reason for refusing to enforce laws regarding theft and illegal dumping on Plaintiff's property. This constitutes a violation of Equal Protection.

8. Deliberate Indifference: Plaintiff possesses audio evidence of Tana McMurrey claiming the City has "no jurisdiction" over a documented MRSA and sewage leak, despite the City's 5-mile health jurisdiction under RSMo 79.380.

9. Total Loss & Physical Destruction: As a direct result of these officials' refusal to act, Plaintiff's 1-acre property has been devalued and his rare Genetic Poultry Fleet has been highly compromised by

environmental pathogens. Furthermore, by refusing to enforce animal control and trespassing laws, Defendants allowed Plaintiff's poultry to be killed by vicious and hungry dogs belonging to third parties, causing irreparable financial and genetic loss.

## IV. PRAYER FOR RELIEF

**Plaintiff requests:**

- Actual Damages for the loss of the poultry fleet, property value, and business income.
- Punitive Damages against Morrison, McMurrey, and Brakebill in their individual capacities for their callous disregard of Plaintiff's rights.
- Attorney Fees and Costs pursuant to 42 U.S.C. § 1988.

Respectfully submitted,

Paul Ashley Tester pro se

*Paul Ashley Tester pro-se*